IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| YESENIA REYES; MIGUEL REYES; AND MARIA REYES,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE,<br>Respondents,<br>and<br>LETICIA SANCHEZ-RAMOS; SANDRA LOPEZ-ANGUIANO; AND SANDRA LOPEZ-ANGUIANO, AS PARENT AND GUARDIAN FOR VANESSA DIAZ-LOPEZ, A MINOR,<br>Real Parties in Interest. | No. 76011<br><br>**FILED**<br><br>JUL 2 0 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |



## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This petition for a writ of mandamus challenges the denial of a demand for a jury trial in a tort action. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674 , 677, 679,

18-27727

818 P.2d 849, 851, 853 (1991) (observing that the decision to issue writ of mandamus "is purely discretionary"). Accordingly, we

ORDER the petition DENIED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:  Hon. Gloria Sturman, District Judge
     Browne Green, LLC
     Cram Valdez Brigman & Nelson
     Eighth District Court Clerk